UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIAM SHELDON BEAVER, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:09-cv-2415-RLH-RJJ |
| vs. | ) | |
| MARSHAL B. JOHNSON, *et al*., | ) | **ORDER** |
| Defendant. | ) | |

      IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on January 14, 2011.

      IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

    1.    Shall identify the discovery that has been completed;

    2.    Shall identify the discovery that remains outstanding;

    3.    Shall identify any pending discovery motions; and,

    4.    Shall detail all attempts to settle the case.

DATED this __2nd__ day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge