# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM SHELDON BEAVER, ) | |
| ) | |
| Plaintiff(s), ) | 2:09-cv-2415-RLH-RJJ |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Motion to Strike–#19) |
| MARSHAL B. JOHNSON, *et al.,* ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |

       Before the Court is Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment for Failure to Comply with FRCP 5.2 (#19, filed March 29, 2011). The failure in question has to do with the improper disclosure of birth date and Social Security numbers in exhibits filed in support of Defendants' Motion.

       Inasmuch as the Court has granted Defendants' Motion to Seal the exhibits in question, the violation of Federal Rule of Civil Procedure 5.2 has been adequately rectified and the Motion to Strike is moot.

       It appears that the Court's delay in addressing the Motion to Strike may have delayed or precluded the filing of a reply in support of Defendants' Motion for Summary Judgment. Accordingly, the Court will grant Defendants one week from the date of this Order to file any reply in support of their Motion for Summary Judgment.

       IT IS THEREFORE ORDERED that Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment for Failure to Comply with FRCP 5.2 (#19) is DENIED.

IT IS FURTHER ORDERED that Defendants are permitted one week from the date of this Order to file a reply to their Motion for Summary Judgment.

Dated: August 31, 2011.

_____
**Roger L. Hunt
United States District Judge**